**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.: 4:20 -CR-28-CDL-MSH** |
| **CHRISTOPHER LAWRENCE** | |
| **Defendants.** | |

## <u>ORDER</u>

Defendant was indicted on September 17, 2020, ECF No. 1, and arraigned on October 7, 2020, ECF No. 13.   Trial in this case is currently scheduled for September 12, 2022.   Text-only entry, August 16, 2022.   The parties jointly seek a continuance to allow Defendant Lawrence to test certain pieces of evidence and to further prepare for trial.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the January 2023 term of Court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.   The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B).   The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **19th** day of **August, 2022**.

S/Clay D. Land
Clay D. Land, U.S. District Judge